UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JULIA DEDELVA and<br>CHARLES DEDELVA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | |
| IKBOL BOBOHONOV<br>B&M EXPRESS, INC., and<br>INTERSTATE CARGO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL</u>

Defendants, Ikbol Bobohonov and B&M Express, Inc., by counsel, and pursuant to 28 U.S.C. §1332, hereby file their Notice of Removal of the captioned matter to the United States District Court for the Northern District of Indiana, Fort Wayne Division, from the Steuben County Circuit Court, Angola, Indiana, and respectfully state as follows:

1.     Ikbol Bobohonov and B&M Express, Inc. are defendants in a personal injury action now pending in the Steuben County Circuit Court under Cause No. 76C01-1902-CT-000089.

2.     Plaintiffs filed their Complaint in the Steuben County Circuit Court on February 19, 2019.

3.     All Defendants that have been served with the Summons and Complaint to date consent to the removal of this lawsuit to the United States

District Court for the Northern District of Indiana, Fort Wayne Division, from the Steuben County Circuit Court, Angola, Indiana.

4.     Plaintiffs' Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

5.     Plaintiffs are citizens of the State of Indiana.

6.     B&M Express, Inc. is a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of Illinois.  As such, B&M Express, Inc. is a citizen of the State of Illinois.

7.     Ikbol Bobohonov is a citizen of the State of Illinois.

8.     The controversy in this cause of action is entirely between citizens of different states.

9.     While Plaintiffs' Complaint seeks an unspecified amount of damages, Plaintiffs refused to admit that their damages are less than $75,000. (See, <u>Exhibit A</u>).   Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

10.     Attached hereto as <u>Exhibit B</u> is a complete copy of the Plaintiffs' Appearance, Summonses, Complaint, Certificate of Issuance of Summonses, Returns of Service of Summonses, Amended Complaint for Damages, Alias Summonses, Certificates of Issuance of Alias Summonses, Returns of Service of Alias Summonses, Defendants' Appearance, Motion for Enlargement of Time to Answer Complaint, Order on Defendants' Motion for Enlargement of Time, Plaintiffs' Motion for Extension of Time to Respond to Defendants' Requests for

Admission, Order on Plaintiffs' Motion for Extension of Time to Respond to Defendants' Requests for Admission, Defendants' Answer, Affirmative Defenses and Demand for Trial by Jury, and Defendants' Notice of Substitution of Appearance of Counsel. These documents constitute all of the pleadings and process on file with the Steuben County Circuit Court as of the date of this filing of this Notice of Removal.

11.     Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiffs and also file a copy with the Clerk of the Steuben County Circuit Court.

Respectfully submitted,

WHITTEN LAW OFFICE

**_s/Christopher R. Whitten_**
Christopher R. Whitten/#20429-49
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:  317-362-0225
FX:  317-362-0151
cwhitten@indycounsel.com
*Counsel for Defendants,*
*Ikbol Bobohonov and B&M Express,*
*Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Tom Blackburn, Esq.
BLACKBURN & GREEN
4203 West Jefferson Blvd.
Fort Wayne, IN 46804


*s/Christopher R. Whitten*
Christopher R. Whitten